ACCEPTED
03-15-00090-CR
4145591
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 1:28:07 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00090-CR
NO. 03-15-00091-CR
NO. 03-15-00092-CR

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/13/2015 1:28:07 PM
JEFFREY D. KYLE
Clerk

CHRISTOPHER HAYES LEVERSON
Appellant

V.

THE STATE OF TEXAS
Appellee

ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
TRAVIS COUNTY, TEXAS

**NOTICE OF APPEARANCE**

TO THE HONORABLE THIRD COURT OF APPEALS:

This notice concerns the appeal of Christopher Hayes Leverson from an opinion and judgment dated December 18, 2014, in the County Court at Law No. 1 of Travis County. That opinion affirmed a verdict in the Austin Municipal Court convicting Mr. Leverson of three Class C Misdemeanor traffic offenses. Mr. Leverson now seeks further appellate review before the Third Court of Appeals. To date, all notices in this case have reached only the Appellate Division of the Travis County Attorney's Office. The Travis County Attorney's Office did not handle the prosecution of Mr. Leverson at the trial court nor the appeal at County Court at Law No. 1.

The Criminal Prosecution Division of the City of Austin Law Department ("City Attorney's Office") therefore gives its notice of appearance on behalf of Appellee, THE STATE OF TEXAS, in the above-styled and numbered cause. It is respectfully requested that the City Attorney's Office, rather than the County Attorney's Office, be copied on all future correspondence, pleadings, and orders and directives of the Court.

RESPECTFULLY SUBMITTED,

KAREN KENNARD
CITY ATTORNEY

MEAGAN T. HARDING
Assistant City Attorney
State Bar No. 24080179
700 E. 7th Street
Austin, Texas 78701
meagan.harding@austintexas.gov
(512) 974-1343
(512) 974-1244 [FAX]

ATTORNEYS FOR APPELLEE
STATE OF TEXAS

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing on all parties, or their attorneys of record, in compliance with the Texas Rules of Appellate Procedure, this 12 day of February, 2015.

**Via Certified Mail,** _____ **to:**
Mr. Christopher Hayes Leverson
313 Middle Lane
Austin, TX 78753

MEAGAN T. HARDING

2